United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORDIS CORPORATION, | No. C 03-04441 SI |
| Plaintiff, | **ORDER REQUIRING JOINT STATUS REPORT NO LATER THAN APRIL 23, 2007** |
| v. | |
| MEDTRONIC AVE, INC., et al. | |
| Defendants. | |

By stipulation and order dated February 19, 2004, this action was stayed pending arbitration of various disputes between the parties. Nothing has been filed by either party in this action since that date.

Accordingly, the parties are **ORDERED to file, no later than April 23, 2007, a Joint Status Report**, informing the court what the current status of the arbitration proceedings is; when the arbitration proceedings are expected to be completed; what, if anything, the parties anticipate submitting to this Court for determination; and when the parties expect proceedings in this Court to conclude.

**IT IS SO ORDERED.**

Dated: April 11, 2007

SUSAN ILLSTON
United States District Judge