UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CORDIS CORPORATION )
)
    Plaintiff, ) Case No. C 03 4441 SI
)
  vs. )
)
MEDTRONIC AVE, INC. )
)
    Defendant. )
)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Cordis Corporation ("Cordis") and Defendant Medtronic AVE, Inc. ("Medtronic") have agreed to this Stipulation of Dismissal without Prejudice under the terms and conditions set forth below.

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel of record that:

1. Cordis's claims in this case are hereby dismissed without prejudice.
2. Each party shall bear its own costs and attorney's fees.

Dated: April 23, 2007.

By: /s/ Thomas C. Mahlum
_____
Martin R. Lueck
<mrlueck@rkmc.com>
Thomas C. Mahlum (*Pro Hac Vice*)
<tcmahlum@rkmc.com>
ROBINS, KAPLAN, MILLER &
CIRESI LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

Attorneys for Defendant Medtronic
AVE, Inc.

By: /s/ David T. Pritikin
_____
David T. Pritikin (*Pro Hac Vice*)
<dpritikin@sidley.com>
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000

Eric I. Harris (Of Counsel)
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
Telephone: (732) 524-2444
Facsimile: (732) 524-2788

Attorneys for Plaintiff Cordis Corporation

IT IS SO ORDERED
Judge Susan Illston

**Cordis Corporation v. Medtronic AVE, Inc. / Case No. C 03 4441 SI**